MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: BUI, SAMSON D

Chapter 7 Case No. 07-32058-DDO

Please Check One:

[ x ]   Unclaimed Dividends

[ ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Hoa Pham<br>11270 Eagle View Bay<br>Woodbury MN 55129 | -- | $44.10 | $44.10 |

Date: October 14, 2009

Michael J. Iannacone, TRUSTEE

*[RECEIVED 09 OCT 15 PM 3:24 U.S. BANKRUPTCY COURT ST. PAUL, MN]*